Christopher A. WILLIAMS, Plaintiff–Appellant,

v.

Joseph R. BOCHENEK, Director, Richland County Detention Center; William Bowman, Lieutenant, Richland County Detention Center, Defendants–Appellees.

No. 01–7118.

United States Court of Appeals, Fourth Circuit.

Submitted Sept. 13, 2001.

Decided Oct. 10, 2001.

Christopher A. Williams, pro se. William Henry Davidson, II, Matthew Blaine Rosbrugh, Davidson, Morrison & Lindemann, P.A., Columbia, SC, for appellees.

Before NIEMEYER, KING, and GREGORY, Circuit Judges.

PER CURIAM.

Christopher A. Williams appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp.2000) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Williams v. Bochenek,* No. CA–00–2708–3–24 (D.S.C. May 25, 2001).

Assuming, without deciding, that an affidavit received in this court from non-party Lewis Garvin, together with a certificate of service from Williams, should be construed as a motion by Williams to accept the affidavit for consideration, the motion is denied. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*